

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00192-CV

**IN THE INTEREST OF S.L.**, J.L., G.L., G.S., A.S., C.S., and M.K., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01014
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. No costs are assessed because appellant is indigent.

SIGNED September 3, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice